> The Court acknowledges the Notice of Dismissal with Prejudice, dkt. 6. JPH, 10/2/2019 Distribution via ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID DEBOARD, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 1:19-cv-03341-JPH-MPB |
| | § | |
| v. | § | |
| | § | |
| MONON LOFTS, LP, TWG CONSTRUCTION, LLC, and TWG DEVELOPMENT, LLC, | § § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David DeBoard hereby gives notice that the above-styled action is voluntarily dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 30, 2019.

Respectfully Submitted,

CALHOUN & ASSOCIATES

/s/ Eric G. Calhoun
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100
(214) 308-1947 Fax
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)